U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

07-456

1- PLAINTIFF # IVAN MENDEZ
2- CASE NUMBER # 318-2001
3- DEFENDANTS # THIS CRIMINAL ORGANIZATION
4- MOTION TO PROCEED IN FORMA PAUPERIS
5- COMES NOW THE PLAINTIFF AND RESPECTFULLY REQUEST THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS # FOR ANOTHER CIVIL RIGHTS COMPLAINT
6- SIGNATURE # IVAN MENDEZ
7- PRINTED NAME # IVAN MENDEZ
8- ADDRESS # D.C.C, 1181 PADDOCK RD, SMYRNA DE. 19977
9- HOME PHONE NUMBER # N/A
10- BUSSINES PHONE NUMBER # N/A
11- CERTIFICATE OF SERVICE
12- I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON #
13- TO # US DISTRICT COURT
14- NAME # U.S. DISTRICT COURT
15- ADDRESS # 844 N. KING STREET, LOCKBOX #18, WILMINGTON DE. 19801
16- NAME #
17- ADDRESS #
18- SIGNATURE # IVAN MENDEZ
19- POINTS AND AUTHORITIES
20- WRITE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM DELAWARE, PENSILVANIA AND WASHINGTON D.C.
21- SIGNATURE # IVAN MENDEZ

(CASE NUMBER QUENTIN TARANTINO LOVES ACLU DC DIEZ Y SIETE OF 17 PAGES)

2007 JUL 20 PM 4:18
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

07/18/07

US. District Court
For the District of Delaware
Application to Proceed Without
Prepayments of Fees And Affidavit

- Plaintiff # Ivan Mendez
- Case Number # 318-2001
- Defendants # This Criminal Organization
4- I am the Plaintiff under 28 USC 1915, I'm unable to pay the costs of this complaint.
5- Are you currently incarcerated # (YES) NO
- If yes give the place of you incarceration # S.C.I. in Georgetown DE.
- Are you employed at the institution # YES (NO)
- Do you receive any payment from the institution # YES (NO)
- Are you currently employed # YES (NO)
- Name and address of employer # Mr. Sammy Congo, At Congo Funeral Home, 2901 W, 2nd. St. Wilmington DE. 19805.
- Total monthly amount of salary # $1,600 or 2,000
12- Date last employed # Oct. or Nov. of 2000
13- Total amount of salary last received # $1,600 or 2,000
14- Have you received any money within the last 12 months # YES (NO)
15- If yes describe each source of money #
16- Do you have cash, checkings or savings account # YES (NO)
17- If yes state the total amount #
18- Do you own any valuable property # YES (NO)
19- If yes describe the property and his value #
20- List the persons dependant on you for support # My beloved family and some relatives.
21- I declare under penalty of perjury that the above information is true and correct.
22- Date # 07/18/07
23- Signature # Ivan Mendez