07/18/07

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 20 PM 4:18

07-456

(PLAINTIFF O'TOOL LOUIS SCORPIONS
(CASE NUMBER ONE OF 19 PAGES) U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

PLAINTIFF # IVAN MENDEZ
S.B.I NUMBER # 453351
ADDRESS # D.C.C. 1181 PADDOCK RD, SMYRNA DE, 19977.
CASE NUMBER # 3?-2061
DEFENDANTS # U.S. SUPREME COURT, U.S. COURT OF FEDERAL CLAIMS, U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT, U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, U.S. SOLICITOR GENERAL, U.S. HUMAN RIGHTS WATCH
A.C.L.U PRISON PROJECT, ALL IN WASHINGTON D.C, AND ALSO THE STATE OF WASHINGTON D.C,

LIST EACH AND CASE NUMBER OF YOUR OTHER LAWSUITS # AS YOU KNOW IT 100 (THIS INFORMATION), WHICH IN MATTER OF EACH I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL PAPERS AND LETTERS FROM YOU, WASHINGTON D.C, DELAWARE AND PENSYLVANIA, AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100, WASHINGTON FOR THOSE ANSWERS.

IS THERE A PRISONER GRIEVANCE #
HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES #    (YES)    NO
WHAT STEPS AND YOU TAKE # THE LEGAL STEPS
WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT 100, SAME AS YOU KNOW IT 100, THAT IT WAS BEEN YEARS WAIT WAIT FOR THOSE ANSWERS TOO.
NAME OF DEFENDANT # U.S. SUPREME COURT, U.S. COURT OF FEDERAL CLAIMS, U.S. COURT OF APPEALS, U.S. ATTORNEYS AND 100,U.S DEPARTMENT OF JUSTICE, U.S. SOLICITOR GENERAL, U.S. HUMAN RIGHTS WATCH, DELAWARE, A.C.L.U PRISON PROJECT, U.S. STATE OF WASHINGTON, PENSYLVANIA RING CE, ALL IN WASHINGTON D.C, THE STATE OF WASHINGTON, DELAWARE AS YOU KNOW IT 100. ALL THIS CRIMINAL ORGANIZATION AS YOU KNOW IT 100.
EMPLOYED AS A # AS YOU KNOW IT 100 (YOUR JOBS AND POSITIONS,
ADDRESS # AS YOU KNOW IT 100 ALL THE ADDRESSES,
STATE BRIEFLY THE FACTS OF YOUR (CASE # AS YOU KNOW IT 100 ALL OF THE GROUNDS AND FACES WRITTEN IN

(PLEASE TURN FORM TO THE OTHER SIDE)

MATTER OF FACT I'm still waiting for the answers or all or my legal forms and letters from you...

(Bruce Willis loves Mettallica
(Page number two of 17 pages)

07/18/07

me and if that person do something to that television they are going to charge me with, as they did it
m the television that the other inmate broken and they blame and send me to Delaware Psychiatric Hospital
D.C.), as you know it too all about it, and this lawsuit is against Washington D.C., because of this and all of
e facts and grounds that they know it too, just like you know it too, and all this criminal organization
ow it too, and I'm sending you once again some copies of some of my legal paperwork, and the
er four forms, which all in total make one amount of seventeen pages (# 17 pages), and this lawsuit
against Washington D.C. too, because I gave to them the same warning I gave it to you and to all of this crim
al organization, to no to touch or hurt, (charming tinker bell) Ms. Marylou Blades, or sad eyes (Ms. Barbara
you know it too that they were the only two angels from God whom take care of my disabled legs, my
ck, my ribs, my ear, and of all the disabled hurted and damaged parts of my body as you know it too, and
ey were the only two ladies (decent ladies) whom argue with other doctors and nurses, because they
ver gave in time the medication (glicerin, insuline and others) to the white old cowboys on time, they
ways gave it first and only to their own people and races, as you know it too all about it, and acco
ng to my classification they have dissapeared special care unit (S.C.U), where those two decent angels
om God used to work, so are not if they fired them, or hurt them, and also as you know it too that
y warning was too, not to hurt or touch, neither, Sgt. Pepper, Sgt. Sam (Sam Elliot), Sgt. Dukes (Dukes of
zard), Lt. Dances with Wolves, Lt. Daniel the Menace, Bobby Long, Ron, Paul, Little John, Pecker, Butch, Dani
Davia, Mike, or anybody of the old white cowboys whom helped me and looked out for me, as you know it too,
me as Washington D.C. know it too, now the old white cowboys are humiliated, hurted, damaged, discriminated
d the targets everywhere that I have been, and you know it too all about it, same as Washington D.C. kno
t too that, that nasty human urine (peed), it caused some sort of infection on my skin like lepra which
ke infectious wounds on my skin, and as you know it too that they don't even gave me painkillers on this
ce for my legs or for anything, and you know it too all about it, and please, I don't want to keep bo
ring this old white cowboys, so generous decent and good hearted like always since I was at S.C.I, and on
D.C. and over here as is just another proof of their good hearts, as you know it too all about it, and
just bother Mr. Mark on lower nine, Mr. Tom on lower eight, those two old white cowboys, so generous

(please turn page to the other side

WED. JUST GAVE ME THIRTEEN ENVELOPES THIS LAST TIME AND A PEN AND THEY ARE JUST LIKE THE OTHER TWO WHITE COWBOYS ONE CELL LOWER ELENA AND CELL LOWER TWELVE, WHICH NOT MATTER THAT THEY WANT TO SEE BAD PEO... ONCES AND DEAL WITH THESE BAD ATTITUDES AND BEHAVIOR IN ORDER TO OBTAIN WHAT I NEED THEY HELP ME, JUST AS YOU WOULD IF TOO, WITHOUT EXPECTING NOTHING ON EXCHANGE, I WILL USED NOTHING TO GOD TO DELIVER ME FROM THIS OBSESSION AND ABUSES AGAINST THE OLD WHITE COWBOYS TOO AS YOU WOULD IF TOO ALL ABOUT IT, SO I'D GIVE TO WORE FROM YOU SOON.

15.— STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU #  JUSTICE FOR ALL OF THE ABUSES AND COMMI.. CAUSED TO MYSELF AND TO MY LOVED ONES, AND TO MY FRIENDS, WHICH I WOULD THAT GOD LOVES THEM TOO AS HELP ME AND UNDERSTAND MY SITUATION AND I WOULD THAT EVEN PRAYER WOULDES, CONSIDER THEM SOME OF T.. LAST SAINTS OF JESUS CHRIST, EVEN IF THEY ARE NOT L.D.S (MORMONS) THE MESSAGE, AS YOU WOULD IF TOO AL... ABOUT IT.

16.— I DECLARE, UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT, AND ALSO I SWEAR TO...

17. DATE # 07/18/07

18.— SIGNATURE # IVAN MENDEZ

[This page is a handwritten legal affidavit, rotated 90°, with multiple sections including "EXHIBIT A", "EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE", and "EXHIBIT B STATEMENT OF PROBABLE CAUSE - (continued)". The handwriting is largely illegible.]

Case 1:07-cr-00456-JS    Document 2    Filed 07/20/2007    Page 6 of 21

07/6

(LINDA TRAVIGUSDO JONES ABBOSMYTH)
(JONES JUVENILE FILES OR 17 PAGES)

## EXHIBIT A

CHARGE # __ (CRIMINAL IMPERSONATION).
TO WIT: LYNN L. MYERS, ON 12/21/00, DID USE VERBAL FORCE AND VIOLENCE ACCEPTED TO BECOME RESOURCE, WITH INTENT TO OBTAIN A SUBJECT FROM ARCHARD AUSSONS.

## EXHIBIT A

CHARGE # __ (CRIMINAL FIRST DEGREE).
TO WIT: LYNN L. MYERS, ON 12/21/00, DID WITH IN THE COURSE OF COMMITTING THEFT USE FORCE UPON LATISHA M. REED, WITH INTENT TO COMPEL LATISHA M. REED TO GIVING UP PROPERTY OF DISPOSAL ISSUAL OF U.S.C. AND WHILE IN THE COURSE OF THE COMMISSION OF THE CRIME OR THE COMPLETE FLIGHT THEREFROM, ILL CAUSED PHYSICAL INJURY TO LATISHA M. REED, WHO IS NOT PARTICIPANT IN THE CRIMES.

CHARGE # __ (ASSISTION OF A DEATH WEAPON).
TO WIT: LYNN L. MYERS, ON 12/21/00, DID KNOWINGLY POSSES A DEADLY WEAPON, DURING THE COMMISSION OF FELONY BY POSSESSING ILLEGAL CUTTING INSTRUMENT A DEADLY WEAPON DURING COMMISSION OF ROBBERY ONCE.

## EXHIBIT B ACCOUNT OF PROBABLE CAUSE

(SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 190),
ON 12/21/00 AT 17:33 HOURS, OBSERVED A PROTITUON UNLAWFUL NORTH ALONG THE MEDIAN SPAN AND LEFT LANE THE PEDESTRIAN WAS WALKING A CONTINUALLY DESCOURSE ON U.S. 113, DESCRIBED AS A WHITE MALE WITH A MICA BLACK MUSTACHE, AND BLACK HAT (3), THE VICTIM ALSO ADVISED SUSPECT WAS WHITE MALE RESTITUTION OF THE DISSIPUTION OF THE SPACE IN A ROBBERY (STANDARD) OCCURRED ON 12/21/00, DURING A CRIME RELEDUATION ONCE THE PROSECUTION NCUSED HIMSELF IN LOM CUSE AND WHILE RIDING HIS CAR WAS TRANSPORTED BACK TO BLOCKGROUND AND ACCOUNT. RAN THE QUESTIONING DIAZ ADMITTED TO GIVING A FALSE NAME AS IVAN L MEANLE.

## EXHIBIT B APPRAINT OF PROBABLE CAUSE

(SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # 190).
(3)- THE VICTIM ADVISED SHE HAD JUST BEEN STABBED BY A WHITE MALE SUSPECT, (4)- THE VICTIM CONTINUALLY DESCOURSE THE SUSPECT AS A WHITE MALE WITH A MICA BLACK MUSTACHE, AND BLACK HAT (5)- THE VICTIM ALSO ADVISED SUSPECT HAD FROM BEHIND THE ELBOW AN ODOR OF ALCOHOLIC BEVERAGES ON THE SUSPECT'S BREATH, (6)- THE SUSPECT APPROACHED HER FROM BEHIND THE ELBOW. THE SUSPECT MADE VERBAL CONTACT WITH THE VICTIM AND ADVISED HER AS TO SAY ANYTHING AND SHE WOULDN'T GET HURT (7)- THE VICTIM HE THEN STATED GIVE ME YOUR MONEY, HE THEN STRUCK HER IN THE DOWN LEFT SIDE OF HER BACK (8)- THE VICTIM THEN STATED THIS WAS WHEN SHE REALIZED THAT HE HAD STABBED HER, (9)- THE SUSPECT THEN RUNNED USED IN THE BACK AREA CROSSING A BLACK EYE TO THE RIGHT EYE FROM HER MOUTH AND RIGHT RUNNED THE FELON.

## EXHIBIT B STATEMENT OF PROBABLE CAUSE - (CONTINUED).

(12)- WLZ RAT BROCHURE, OBSERVED THE SUSPECT APPROACH THE VICTIM WE DON'T OBSERVED THE SUSPECT ATTACK THE VICTIM, WE ART BROCHURE DESCRIBED THE SUSPECT AS A WHITE MALE, (13)- ON 12/25/00 AT 17:33 HOURS, NAAR OBSERVED A SUSPECT THAT MATCHED THE DESCRIPTION OF THE SUSPECT (14)- WL7 STOPPED THE SUSPECT THEN SPECT WAS FASTOXICATED AND TAKEN INTO CUSTOAN BY WL7 NAAR, FOR WALKING ON THE HIGHWAY UNDER THE INFLUENCE OF ALCOHOL AND OTHER TRAFFIC CARRAGES THE NAME THE SUSPECT GAVE WL7 NAAR, WAS LONG RENE MAZ, (15)- I WAS CALL THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/00, (16)- THE SUSPECT WAS MIRANDIZED AND TO INTERVIEW THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/00, (16)- THE SUSPECT WAS MIRANDIZED AND
(Please Turn Page To Once Advised...

07/18/07

INTERVIEWED AT 18:00 HOURS ON 12/25/00, (17) - THIS SUSPECT ADVISED HE WAS NOT WORKING IN ABOUT A MONTH, HE STATE HE CANNOT REMEMBER WHAT HAPPENED ON 12/21/00 BECAUSE HE WAS INTOXICATED, DURING THE INTERVIEW HE REPORTED(S) STATED WE DID WANT HE WAS TO DO TO SURVIVE. (14)-ON 12/26/00, AT 9:45 I SHOWED THE PHOTOLINE UP TO THE VICTIM VICTIM PICKED THE PHOTOGRAM OF THE SUSPECT OUT OF 6 TOTAL PHOTOS, THE VICTIM WAS THEN SHOWN A PHOTO OF SUSPECT'S CLOTHING AND ALSO POSITIVELY IDENTIFIED THE SUSPECT'S CLOTHING, (20)- 0N 11:30 ON 12/26/00, W/2ND BROCHURE, POSITIVELY COULD NOT IDENTIFIED THE SUSPECT'S FACE BUT IDENTION THE CLOTHING THE SUSPECT WAS ??? AS THE SAME HE WAS ON 12/21/00, (21)- ON THE SUSPECT'S LIVING AREA I FOUND A PAIR OF FOX W/ALL CLI WITH A 2 INCHES KNIFE BLADE THIS LENGHT IS CONSISTENT WITH THE STAB WOUND TO THE VICTIM, (22)- THE SUSPECT STATED LOST HIS I.D ALONG WITH HIS BLACK UNIFORM THE SUSPECT WAS DESCRIBED AS WEARING A BLACK UNIFORM BY THE VIC (23) - DURING THIS INTERVIEW THE SUSPECT HE ALSO CHANGED HIS NAME TO IVAN to MANNY.

_____

INITIAL CRIME REPORT

_____

REPORT DATE # (12/21/00).
SECOND OFBJIEW # ( SUSPECT CAUSED SERIOUS PHYSICAL INJURYS BY USING A WEAPON AND CONCEALED, REMOVED U.S.C. FROM THE VICTIM).

_____

VICTIM INFORMATION

NAME # (REED LATISHA M.).
INJURIES DESCRIPTION # ( 2 1/2 INCHES DEEP BY 2 INCHES WIDE LACERATION TO LOWER LEFT BACK (UPPER, BACK, BRUISES AND ?? OR LACERATIONS FACIAL AREA AND FRONT OF HANDS).

SUSPECT DEFENDANT INFORMATION
SEX # (MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (RACIAL HAIR # WHICH MUSTACHE), (ARMED WITH # ILLEGAL HAND INSTRUMENT), (RESIDENT STATUS # UNARMED).

CRIMES AND ASSOCIATED INFORMATION
DESCRIPTION OF TYPE OR WEAPON USED # ( POCKET KNIFE).
                                                              A.3.3.1.S. INCIDENT REPORT

COMMENTS # (UNKNOWN NUMBER KNIFE'S (AREA BLADE).

_____

SUPPLEMENTAL REPORT # 1

_____

NAME # (REED LATISHA M.).

( PLEASE TURN PAGE TO PAGES NUMBER.

07/18/07

( ETHON SOW JONES IN REGARD
( REQ NUMBER CASE OR #17 NAMES)

ORIGINAL SUSPECT DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (RACIAL HAIR # THICK MUSTACHE).
MODIFIED SUSPECT DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT) (SKIN TONE
# LIGHT), (RACIAL HAIR # THICK MUSTACHE), (BUILD # LARGE), (WEIGHT #180) (HAIR LENGTH # COLLAR) (ARMED WI
MEDICAL CUTTING INSTRUMENT), (SUSPECT'S CLOTHING DESCRIPTION # BLUE JEANS, DARK BLUE JACKET, GREEN WOOD
SWEATSHIRT, BLACK MULTI SQUARES SHIRT, BLACK SNEAKERS).

WITNESS INFORMATION
(TYPE # WITNESS), (NAME # NARR DAVID), (SEX # MALE), (RACE # WHITE).
INVESTIGATIVE NARRATIVE
ON 12/25/00 AT 17:30 HOURS, I WAS CONTACTED BY REC-NARR, IN REFERENCE TO THE SUSPECT IN CUSTODY FOR CHARG
HAD ON HIM, I WAS ADVISED THE SUSPECT MATCHED THE DESCRIPTION FROM THE INCIDENT ON 12/21/00. THE SUSPEC
RESP REC-NARR, MCNAME TOWN RENE MART, I RESPONDED TO GEORGETOWN P.D., TO INTERVIEW THE SUSPEC
MIRANDIZED THE SUSPECT AT 18:26 HOURS.

SUPPLEMENTAL REPORT #2
ORIGINAL VICTIM INFORMATION

0

ORIGINAL SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (RACIAL HAIR # THICK MUSTACHE).
ORIGINAL SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (SKIN TONE # LIGHT), (BUILD # LARGE), (WEIGHT #180)
(RACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR), (SUSPECT'S CLOTHING DESCRIPTION #
JEANS, DARK BLUE JACKET, GREEN WOODED SWEATSHIRT, BLACK MULTI SQUARES SHIRT, BLACK SNEAKERS).
MODIFIED SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT) (SKIN TONE # LIGHT), (RAC
(RACE), (WEIGHT #180), (RACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # COLLAR), (CRIMINAL DISPOSITION WITH
MEDICAL CUTTING INSTRUMENT), (ARREST NUMBER # SILILY), (ADDRESS TYPE # WARRANT

( TURN PAGE TO DOCS NUMBER---

NAME # ( RESEQ (ATISNA M.).

0

07/18/07

VELDIC MORGAN JONES KEVIN WOSHER
• (RACE NUMBER SEES OF 53 PAGES)

SUPPLEMENTAL REPORT #3

ORIGINAL VICTIM INFORMATION
(NAME # REED [MISMA] M), (SEX # FEMALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC).

ORIGINAL SUSPECT/DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # NON-HISPANIC), (RACIAL HAIR # THICK MUSTACHE).

INVESTIGATIVE NARRATIVE
I CONTACTED THE VICTIM ON THE SCENE WHILE SHE WAS USING ON THE SIDEWALK OF THE EXXON ON THE SOUTHSIDE OF THE BUILDING. I ASKED THE VICTIM IF SHE HAD SEEN THE SUSPECT, AND SHE SAID THAT SHE DID NOT GET A VERY GOOD LOOK AT HIM, THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE, UPON EXITING HER CAR SHE WAS MET BY THE SUSPECT WHO HAD STRUCK HER SEVERAL TIMES IN THE FACE AND LOWER BACK, THE VICTIM SAID THAT SHE WAS CAUGHT BY SURPRISE AND COULD NOT FIGHT BACK BECAUSE IT ALL HAPPENED SO QUICKLY, THE VICTIM STATED THAT SHE RAN TO WALK TOWARD THE ENTRANCE TO THE BUILDING BUT DID NOT MAKE IT THAT FAR AND WHEN SHE WAS HURT, THE VICTIM SAT DOWN ON THE S.E. CORNER OF THE BUILDING.

INITIAL CRIME REPORT
REPORT DATE # (12/25/00).
INCIDENT OVERVIEW # ( DEFENDANT GAVE A FALSE NAME DURING A CRIME PREVENTION CHECK).

SUSPECT DEFENDANT INFORMATION
(SEX # MALE), (RACE # WHITE), (ETHNIC ORIGIN # HISPANIC), (RESIDENT STATUS # NON-RESIDENT), (SKIN TONE # OLIVE), (BUILD # AVERAGE), (RACIAL HAIR # THICK MUSTACHE), (HAIR COLOR # BLACK), (HAIR LENGTH # EAR TOP), (VOICE SPEECH # ), (ARMED WITH # UNARMED), (ADDRESS # MAANUARIO MEXICO), (ADDRESS NUMBER # STU13), (ARRESTEE TYPE # WARRANT), (SUSPECT'S CLOTHING DESCRIPTION # DARK BLUE JACKET AND BLUE JEANS).

INVESTIGATIVE NARRATIVE
ON 12/25/00 AT 17:35 HOURS, ON US.113, I OBSERVED A PEDESTRIAN WALKING NORTH ALONG THE MEDIAN STRIP AND FOR ANCE THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS, AND HAD A DARK BUSHY MUSTACHE, WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING), OCCURRED ON 12/21/00, DURING A CRIME PREVENTION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY ROSENDIZ, WHEN ASKED IF HE HAD BEEN DRINKING, HE REPLIED YES, DIAZ WAS TRANSPORTED BACK TO GEORGETOWN P.D. WHERE HE WAS QUESTIONED BY DET. GOOSE, DURING THE QUESTIONING DIAZ
(PLEASE TURN PAGE TO PAGES ATTACHED

07/18/07

...(IDANS MINEZ LOUIS BARBARA SARIS(BARA)
...RACE NUMBER SIEEL OG 17 PAGES)
...MITTED TO GIVING A POLICE NAME HE THEN IDENTIFIED HIMSELF AS IVAN L. MENDEZ. o

Client Status Sheet
...DATE #12(26(00), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # FRO), (SMT # SCAR LEFT LEG, SCAR RIGHT LE
...SCAR FACE, SCAR CHEST), ( MS # 5 DIVORCED). o

Client Status Sheet
...DATE # OC (18(01), (SEX # MALE), (HAIR # WHITE), (HAIR # BLACK), (WEIGHT # FRO), (SMT # SCAR
...EC, SCAR RIGHT LEG, SCAR FACE, SCAR CHEST), (MS # DIVORCED). o

Client Status Sheet
...DATE # OC (26(01), (SEX # MALE), (RACE # WHITE), (HAIR # BLACK), (WEIGHT # FRO), (SMT # SCAR LEFT
...SCAR FACE, SCAR RIGHT LEG, SCAR CHEST), ( MS # DIVORCED). o

STATEMENTS OF WITNESSES
STATEMENT OF VICTIMS -001- INITISM M. REED, (CONTINUED).
...USED TO OBTAIN MORE INFORMATION FROM THE VICTIM, BUT SHE WAS MEDICATED DUE TO HER INJURIES, THE VICTIM WAS PLACE
...ESTIONED BY PLM BUREAU THE SCENE.

STATEMENT OF WITNESS 001- ZORN S. ROB BROUGH.
...OUND ROBBROUGH, ADMITTED HE SAW THE VICTIM PULL INTO THE EXXON PARKING LOT AT 18:30 HOURS, HE COULD NOT OFFER ANY OTHER DETAIL
...BOUT THIS COMPLAINT.

STATEMENT OF WITNESS 002- PAT BROUGHAM
...M. BROUGHAM, OBSERVED A WHITE MALE APPROACH THE VICTIM AND THE SUSPECT STARTED TALKING, HE STATED HE DON'T
...EE THE SUSPECT ASSAULT OR ROB THE VICTIM, MR. BROUGHAM, DESCRIBE THE SUSPECT AS A WHITE MALE, THIN, BLUE JEANS AND BLACK
...ACKET, HE DON'T SAW A HAT ON THE SUSPECT OR A MUSTACHE.

STATEMENT OF WITNESS 003- EDWARD R. WILSON
...DWARD WILSON, OBSERVED THE VICTIM'S WHITE CAR, PULL INTO THE SOUTH PARKING LOT OF THE EXXON, HE DON'T OBSERVED
...E) AN ASSAULT OR ROBBERS OF THE VICTIM.

STATEMENT OF WITNESS 004- CONNIE FEASTER
...ET. FEASTER, PROCESSED THE VICTIM'S CAR.

(PLEASE TURN PAGES TO MORE KINNRSO

07/18/07

MILES HUNT JONES MEGAOETA

(PAGE NUMBER OCTAVO OR 17 PAGES)

SGT. BARLOW, WAS THE SUPERVISOR ON THE SCENE.

STATEMENT OF WITNESS 005- MIGUEL BARLOW.

STATEMENT OF WITNESS 006- ZEFERAN BUCCI.

PCM-BUCCI, INTERVIEWED THE VICTIM ON THE CRIME SCENE.

INVESTIGATIVE NARRATIVE - (CONTINUED)

THE SUSPECT WAS ASKED TO IDENTIFIED HIMSELF. HE GAVE ME THE NAME IVAN L. MENDEZ. HE ADVISED THAT SAW
... FROM WILMINGTON. BROUGHT HIM TO GEORGETOWN. HE STATED WE HAD NOT WORKED IN OVER A MONTH, I
... A SMELL OF ALCOHOLIC BEVERAGES EMMITTING FROM HIS BREATH. I QUESTIONED HIM ABOUT HOW HE COULD BUY A
... IF HE HAD NOT MONEY. HE STATED WE HAD FRIENDS THAT WOULD HELP HIM OUT. HE WAS QUESTIONED ABOUT
... OCCURROUS ON 12/21/00. HE STATED I DON'T REMEMBER I WAS DRUNK. I ADVISED HIM A YOUNG FEMALE,
... BEEN INJURED AT THE EXXON. HE STATED HE WAS DRUNK AND DOESN'T REMEMBER BEING THERE, DURING THIS
... HE WAS VERY STATING I DO WANT I WANT TO DO TO SURVIVE, THE SUSPECT WAS WEARING BLUE JEANS, DARK BLUE SWEATER
... GREEN HOODED SWEATSHIRT AND A BLACK MULTI STRIPED SHIRT. THE SUSPECT HAD A THICK BUSHY MUSTACHE AND HE
... WAS GOATEE. THIS DESCRIPTION MATCHES THE ONE GIVEN BY THE VICTIM AND ALSO W/2 NOT BROCKWORTH. THE SUSPECT WAS
... ARRESTED BY PFC-NARR FOR TRAFFIC CHARGES (PEDESTRIAN) AND CRIMINAL IMPERSONATION.

STATEMENT OF SUSPECT 002- IVAN L. MENDEZ

... SUSPECT WAS INTERVIEWED AT THE GEORGETOWN PD IN REFERENCE TO THE INCIDENT ON 12/21/00. THE SUSPECT WAS READ
... HIS MIRANDA WARNING AT 15:26 HOURS.

STATEMENT OF WITNESS 007- DAVID NARR

... PFC-NARR, STOPPED THE SUSPECT DUE TO HIS MATCHING DESCRIPTION FROM THE ORIGINAL INCIDENT ON 12/21/00. THE SUSPECT RAN WHEN
... HE LOST HIS LEG. WHEN HE LOST HIS HAT, PFC-NARR ASKED HIM WHAT TYPE OF HAT HE LOST AND THE SUSPECT STATED
... BLACK WINE HAT. THIS TYPE OF HAT WAS ALSO DESCRIBED BY THE VICTIM IN REFERENCE TO THE SUSPECT WINTER HAT.

CRIMES AND ASSOCIATED INFORMATION

WITNESS INFORMATION

SEQUENCE #01), (TYPE # WITNESS), (NAME# RONABSOHN ZOWS.), (SEQUENCE # 02), (TYPE # WITNESS), (NAME# BROCKWORTH HAT)
SEQUENCE # 03), (TYPE # PERSON CONTACTED), (NAME# WILSON EDWARD Q.), (SEQUENCE #04), (TYPE# WITNESS), (NAME # FRASER
... ), (SEQUENCE #05), (TYPE # WITNESS), (NAME# BARLOW MICHAEL), (SEQUENCE # 06), (TYPE # WITNESS), (NAME# ZEFERAN BUCCI)
... (PLEASE TURN PAGE TO PAGE NUMBER

07/18/07

( THIS NUMBER/ISSUE OF 17 PAGES) I NOW MARKED PAGES NO. 5 (A) 11

INVESTIGATIVE NARRATIVE

THE VICTIM WAS BEING QUESTIONED BY PTLM. BUCCI, USED MS. ARRIVAL I WAS ADVISED THE ONLY DESCRIPTION OF THE SUSPECT WAS A WHITE MALE WITH A BLACK HAT.

O

INVESTIGATIVE NARRATIVE - CONTINUED

O BLOOD ON THE SIDEWALK THE VICTIM WAS WALKED DOWN TO OBTAIN HELP, I MET WITH THE VICTIM AND OBTAINED A STATEMENT. DUE TO THE VICTIM BEING UNDER PAIN MEDICATION FOR HER INJURY, I WILL FOLLOW UP WITH HER ON A LATER DATE TO CONFIRM THE FACTS IN HER STATEMENT, THE LACERATION WAS 2 1/2 INCHES DEEP BY 2 INCHES WIDE, THE LACERATION DID NOT HIT ANY VITAL ORGANS.

STATEMENT OF VICTIM - 001- [MISHA M. REED]

HE STOOD OUT OF HER VEHICLE, THE SUSPECT APPROACHED FROM THE REAR OF THE STORE AND ADVISED HER TO GIVE HIM [HIS] MONEY, THE SUSPECT THEN HIT HER IN THE BACK AND PUNCHED IN THE FACE, AND TOOK HER MONEY, THE VICTIM STATED THE SUSPECT WAS WHEN WE HIT ME IN THE BACK IS WHEN HE STABBED ME I DIDN'T EVEN KNOW AT FIRST I HAD BEEN STABBED THE VICTIM DESCRIBED THE SUSPECT AS A WHITE MALE, WITH A THICK BLACK MUSTACHE, THE ONLY CLOTHING DESCRIPTION THE VICTIM COULD OFFER WAS A BLACK HAT/HAT ON HIS HEAD THE SUSPECT FLED BEHIND THE EXXON.

CRIMES AND ASSOCIATED INFORMATION
INVESTIGATIVE NARRATIVE

N 12/26/00, THE VICTIM LOOKED AT THE PHOTOLINE UP AND POINTED TO THE SUSPECT AND STATED THAT'S HIM, I WAS SHOWN THE VICTIM IS A FULL LENGHT PHOTOGRAPH OF THE SUSPECT AND SHE STATED THE ONLY THING MISSING IS THE BLACK HAT HAT, I ASKED THE VICTIM IF SHE WAS SURE THIS WAS THE SUSPECT THAT HAD ATTACKED HER AND ROBBED HER MONEY AND SHE STATED I'M 100% SURE, MR. NAT BROCHMAN, STATED WE DON'T RECOGNIZE ANY OF THE FACES, I THEN HELD THE FULL LENGHT PHOTOGRAPH UP WITH THE THUMB OVER THE SUSPECT'S FACE, MRS. NAT BROCHMAN, STATED THAT THE CLOTHING THE SUSPECT HAD ON WAS THE EXACT SAME CLOTHING HE HAD ON 12/21/00, PRE-CONSUSGER AND MYSELF LOCATED THE SUSPECT'S LIVING AREA AND WE FOUND ONE OF THE VICTIM OR ARTICLING OF NAIL CLIPPINGS, WITH A 2 INCHES KNIFE BLADE, WITH THE POSITIVE IDENTIFICATION OF THE SUSPECT FROM THE VICTIM THE POSITIVE IDENTIFICATION OF THE SUSPECT'S CLOTHING, I OBTAINED AND SIGNED A WARRANT FOR THE CHARGES CONTAINED IN THIS REPORT, I SERVED THE WARRANT ON THE DEFENDANT AND READ HIS MIRANDA RIGHTS.

( PLEASE TURN PAGE TO PAGE NUMBER

07/18/07

ELMON WAYNE YOUS
YAMBUA ANDESO
(late number sizes DR of pages

# MEDICAL REPORTS

## PROGRESS NOTES

VISTORS AND PHYSICAL EXAM (with mother's boyfriend)

# 12/22/00, VICTIM STATES TO HAVE PROBLEMS WITH MOTHER'S BOYFRIEND.

VICTIM WAS REACTIONS BEAT ABOUT THE HEAD AND NECK, DURING EVALUATION IN THE FIELD. SUE WAS NOTED TO HAVE A STAR AND OVER THE LEFT BACK, WASN'T # WITH NO EVIDENCE OF SCALP LACERATION, EXAMINATION OF THE FACE DEMONSTRATES NO EXIT OF PURPLE.

## CONSULTATION

CONSULTATION REQUESTED BY # DR. DONISE), (REASON) # VICTIM STATES PHYSICAL ABUSE BY MOTHER'S BOYFRIEND), (MOT CONSULTATION # 12 (22/00) (ASSESSMENT # VICTIM STATES TO HAVE OTHER PROBLEMS AND DOES NOT REALLY WANT TO TALK), SUE SAYS THAT PHYSICAL ABUSES MOTHER ROUTINE.

VISTORS AND PHYSICAL ORIGINAL

VICU # DEMONSTRATES A 2 CMS, STARBOUND ALSO THE POSTERIOR BACK.

TRIAGE (NURSING ADMISSION DATA BASE
MO # 12 (19/00), (ASSESSMENT OF CHIEF COMPLAINT # STARBOUND (UL CHEST).

SKIN RISK ASSESSMENT

OUND RECORD # 6, 2-2½ CMS, STARBOUND TO L.L. CHEST, OLD STIT (WOUND SUARBED RIGHT WRIST SCRETCHED, RIGHT VANDARM LATERAL.

DISCHARGE PLANNING (REPORT) CRITERIA

AGE # 12 (21/00), CHILD WAS PATIENT BEEN SEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS ? YES (EN DAYS AGO FOR STITCHES.

PRIMARY AND SECONDARY SURFACE
OMEN/PIGRUS # LACERATION 8 FLANK 2 CMS. LONG BY 2½ CMS. DEEP.

EMERGENCY ROOM SUMMARY ORIGINAL

TIEC COMPLAINT # THE PATIENT IS AN 18 YRS. OLD WHITE FEMALE), (HISTORY OF PRESENT ILLNESS # THE PATIENT WAS AT A STORE AND SOME PEOPLE ASSAULTED HER, GOR NO APPARENT REASON), SUE WAS HIT ABOUT THE HEAD AND NECK WITH SOME OBJECTS SUE NOT SURE WHICH), (NO GROSS SIGN OF HEAD OR FACE TRAUMA), (FAMILY HISTORY # RELIGIOUS BUT OTHERWISE NOT CONTRIBUTORY), (WASN'T # NO APPARENT GROSS HEAD OR FACE TRAUMA), (WASN'T # NO APPARENT SIGN OF TRAUMA ABOUT THE MOUTH, NOSE OR SEE

(ALLERGIC (URAL BACK TO DRUG ALLERGIC

07/18/07

- KIM BASINGER IONE'S INVOLVEMENT
  ○ (DRAFT/NUMBER ONCE OF 17 PAGES)

PATIENT CARE REPORT - PRIOR(1) 2-ALS-TRANSPORT
○ (CHIEF COMPLAINT # MY BACK AND FACE HURT), (VISITORS OR CONDITION # THE PATIENT WAS ASSAULTED IN PARKING LOT BY UNI-
KN ASSAILANT AND STRUCK IN FACE SEVERAL TIMES, WALKED INTO STORE AND FOUND SHE HAD B2W STABBED IN THE BACK
ASSESSMENT # PATIENT SEATED AGAINST OUTSIDE WALL AT A STORE WITH POLICE IN ATTENDANCE), (POSTURING/WORK # 2 - (
ACERATION TO LOWER , LEFT FLANK WITH NOTICEABLE ABRASIONS AND SCRATCHES) (EXTREMITIES # LEFT ARM, UVOLGENARMOBILE LI
DISTURBING TO A/C AREA), ( DIFFERENTIAL DIAGNOSIS # R/O CLOSED HEAD INJURIES, R/O INTERNAL (TRAUMA SECOND TO WOUND(
WOUND)).

- (ASSAILANT #YES), (STABWOUND #YES), (OTHER # THEY BEAT ME UP).
  - ───────── TRAUMA RECORD
- (LMH# 12/21/00), (CHIEF COMPLAINT # STABWOUND) (ASSESSMENT OF CHIEF COMPLAINT # VERBAL, # 1 STOP 1 GOT OUT OF MY CAR (
  AND THEY BEAT ME UP) , (2 1/2 CMS. DEEP LAC. X 2 CMS. LONG).

─────── PATIENT CARE REPORT - MEDIA 2 - ALS-TRANSPORT,
QUARENTINE # NARRATED TO FIND PATIENT IN (AREA OF GEORGETOWN R.D.) WHO RELATED CIRCUMSTANCES.

TRANSCRIPTS OF PROCEEDINGS
○ ──────── (TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

THE COURT # DO YOU WANT YOUR WITNESSES IN THE COURTROOM MS, TSANTES # YES YOUR HONOR, I SHOULD SAY MY VICTIM,
WAS SEATED IN THE COURTROOM WHEN RENE MENDEZ, WALKED INTO THE COURTROOM MY WITNESS IMMEDIATELY RECOGNIZED THAT MY VICTIM,
MAN IMMEDIATELY THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM MS, SMS/ME # MR. MENDEZ, IS STILL TROUBLED THAT WE COULD EVER
○ SUCH A VILE ACT, THEREFORE WE ARGUE THAT WE WOULD LIKE TO ENTER A ROBINSON PLEA THAT ON THE BASIS OF WHAT WAS,
DE NOT THE VICTIM WOULD I NEGLIGES HIM AND THEY WOULD TAKE HER WORD FOR IT, IF SHE IDENTIFIED HIM MS. TSANTES # WELL
N 12/21/00, AT 6:25 AM., LATISHA REED, WAS GETTING OUT HER CAR AND AS SHE WAS ABOUT TO PROCEED TO WALK,
AROUND IN THE GROUND OF THE STORE SOMEBODY AMBUSHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH(
AS BACK, THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE (ASKED) WITH BLOOD, AND DEMANDED THAT SHE,
GIVE ALL OF HER MONEYS TO HIM, THE SUSPECT PROCEEDED TO PUNCH HER IN THE FACE, TOOK HER MONEYS AND FLED BEHIND THE EXXON,
SHE DESCRIBED THAT THE SUSPECT WAS WEARING A BLACK KNIT CAP, HER BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH WAS
WHENEVER, WAS SMELLY, AND DESCRIBES HIM AS A WHITE MALE, WEARING DARK CLOTHES, THE PANTS AND DARK (CLOSED) ZACKET, THOSE
(THOSE TURN BACK TO PAGE NUMBER

(PLACE ANOTHER CIVILIAN WITNESS) ISIAHA SARROTH
NUMBER DOC 08-17 PAGES
THAT WOULD TESTIFY, (PART BROCKMAN)

WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY, (PART BROCKMAN), THAT HE WITNESSED THE ATTACK ON LATISHA REED, HE IDENTIFIED THE CLOTHING AND GAVE A PHYSICAL DESCRIPTION AS LATISHA REED, HE ARTICULATED, AND ON 12/19/00, TROOPER MARTINEZ CAME IN CONTACT WITH A SUBJECT WEARING A NAVY WHITE CAP, NAVY PANTS AND ZACKET AND FACIAL HAIR, THAT WAS TWO DAYS BEFORE THIS INCIDENT HAPPENED ON 12/21/00, AND ON 12/25/00, OFFICER NAAR WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION GIVEN BY LATISHA REED OF THE PERPETRATOR, A MAN WEARING NAVY CLOTHING WITH THE SAME TYPE OF HAIR, THE SAME PHYSICAL DESCRIPTION AS THE DEFENDANT WAS SEEN WALKING THE WRONG WAY AT NIGHT ON US-113, HE MADE CONTACT WITH THE SUBJECT, DURING THE ENCOUNTER HE REALIZED MR. MENDEZ WAS INTOXICATED, MR. MENDEZ GAVE A FALSE NAME OF TONY RENE DIAZ, THE POLICE RAN THE SMOKING UP TO LATISHA REED, IN LESS THAN A MINUTE SHE PICKED OUT THE DEFENDANT AS THE PERSON THAT STABBED HER, AND ROBBED HER, (MR. BROCKMAN), WAS UNABLE TO PICK MR. MENDEZ, BUT HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ WAS TAKEN INTO CUSTODY IN WITH THE FACE COVERED UP AND POSITIVELY IDENTIFIED MOSCHEL THE SAME BELTNESS THAT IN TRIAL MR. BROCKMAN, MAY HAVE ALSO BEEN ABLE TO PICK HIM OUT AS THE PERSON THAT ALL ALONG THE OTHER THING IS THAT ON 12/19/00, DURING THAT CRIME PERPETRATION CHECK WITH TROOPER MARTINEZ, MR. MENDEZ ALSO GAVE A SUBSTANCE IN THAT ENCOUNTER, ON MR. MENDEZ, LIVING PLACE AMONG THE ITEMS HE HAD WAS A KNIFE, THESE THREE FACTS, IF PRESENTED IT IN EVIDENCE AND ITS ATTACHED TO FILE A INDICTMENT, THIS WAS THE KNIFE MRS. LATISHA REED WOULD HAVE, IDENTIFIED AS THE KNIFE THAT STABBED HER THAT DAY, THE COURT & JURY WILL HAND THE OPPORTUNITY TO OBSERVE MR. MENDEZ

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL.

WHEN MR. MENDEZ ENTERED INTO THE COURTROOM, THE WITNESS (INMATE) HAD A REACTION AND INDICATED THAT SHE RECOGNIZED PERSON IN THE COURTROOM, (MR. MENDEZ INDICATED THAT HE WOULD EXPECT A ROBINSON OLGA IF THE VICTIM WOULD IDENTIFY HIM, MS. MENDEZ STATED THAT ON 12/21/00, AT 6:23 AM, LATISHA REED, EXITED HER CAR AND AS SHE PROCEEDED TO WALK AROUND TO THE FRONT SHE STORE SOMEONE APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH AS THE BACK, THE PERSON THAT SHE SAW ALL OF HER REACTION CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE HIM MONEY, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE, TOOK HER MONEY AND FLED BEHIND THE EXXON, SHE DESCRIBED THE SUBJECT AS WEARING A BLACK WHITE CAP, WITH BUSHY CURLY HAIR BECAUSE OUT FROM UNDERNEATH AND WAS UNKEMPT, WAS SMELLY WITH FACIAL HAIR, SHE FURTHER DESCRIBED HIM AS A WHITE MALE WEARING DARK CLOTHES, NAVY CLOTHES PANTS, AND NAVY COLORED ZACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY, HE WITNESSED THE ATTACK ON MISS REED, HE IDENTIFIED THE CLOTHING AMONG ONE A MASS DESCRIPTION OF HIS PHYSICAL APPEARANCE AS MS. REED WAS ARTICULATED, AND ON 12/19/00, A BLOOD CAMERA CONTACT WITH A SUBJECT WEARING A NAVY WHITE CAP, NAVY PANTS AND ZACKET WITH FACIAL HAIR, THAT WAS TWO DAYS BEFORE THE INCIDENT WITH A
(PLEASE TURN PAGE TO PAGE NUMBER)

07/18/07

## TRANSCRIPTS OR PROCEEDINGS FOR SENTENCING

THE COURT # YOU ARE A CERTIFIED COURT INTERPRETER, THE INTERPRETER # THAT IS CORRECT YOUR HONOR ...

07/18/07

... ...(that number placed or ???s knives)
... without the use of a knife, but the description of the knives
a finger nail clippers it was a two and a male inca biann that comes out and that is the obsect the ???
... that was used to stab her with, walley t is inmate
... that's the weapon used to stab her with, the court # 1 were obsessed the ??? to look at that and
M. Mendez may be deposed to Mexico.                          The victim was a chance to the Defendant, and the fact

•

## U.S. District Court, (Answer).

... on 12/21/00, latisha reed was getting out of work, in anticipation of entering the store, when someone
...her (from behind), she felt what she believed to be a wall, lwhat she discovered that she had
... the person who came around to the front of her brandishing a blood dunga in the back, lather she discovered
...money, the robber dunban reed in the face, took her money and (13) behind the store, cobber wave and demanding all of
...robba as a white man, with bushy curly hair, slumme out from under a black wart cap, she (13) police identification
...al hair, was unkempt, smelly and wearing dark pants and bloodways who witnessed the attack
... a similar description of the assailant, police encountered someone cutting that description on 12/23/00, who
...identified and walking the woman was along US. 113, he gave a false name, on mr. mendez moniamon
...tions he was a knife, reed moved mendez nicole, whom a photo lineup, mr. brockway, was unable to pica
mendez out of the lineup, but I identified the clothing he was wearing.

## Discussion

...nnel claims are difficult to discern, but liberally reading his petition mendez presents the following claims
...- he enforced the robinson plea (only) because he was scared when the prosecutor said that the victim identified
...o him as her assailant, (2)- the state courts (were) award his letters, (3)- the victim was not present at the proc
...ne of the plea to identifies him, (4)- actual innocence based on witnesses who said he was not the proc
...responsible for the plea to the crimes, (5)- ineffective assistance of counsel, mendez also caused several grounds on his
...tion.

...mendez assertion of actual innocence is based entirely on his report that ms. barbara told him that,
... workers at the exxon told her that he was not the person responsible for the crimes.

(Please turn page to page eighteen.)

07/18/07

o (ROQUE-AUVARREZ OZBOARNE JONES (1020) MONTAGOMAND
ALLIANCE OF 17 PAGES)

SUPREME COURT, (ORDER)

(2). ON THIS APPEAL MENDEZ COUNSEL, ASSERTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE
ARE NO ARGUABLE APPEALABLE ISSUES, MENDEZ DID NOT SUBMIT ANY ISSUES TO HIS COUNSEL FOR THIS COURT CONSIDERATION(1)
THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL WAS MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND THE LAW(3)
THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD, (4). THE COURT WAS ASSUMED THE RECORD CAREFULLY AND WAS
CLUDED THAT MENDEZ APPEAL IS DEVOID, WE ARE SATISFIED THAT MENDEZ COUNSEL, WAS MADE A CONSCIENTIOUS EFFORT TO CAT
ENSE THE RECORD AND HAS PROVING DETERMINING THAT MENDEZ COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

STATE'S RESPONSE TO RULE 2C(C)-BRIEF
ON APPEAL DEFENSE COUNSEL WITHDRAW, (A)-THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL WAS IN FACT MADE A CON-
ENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGUABLE CLAIMS, (B), THIS COURT MUST CONDUCT ITS OWN REVIEW OF
THE RECORD, (3)-DEFENSE COUNSEL STATES THAT ✚ I WAS DILIGENTLY SEARCHED THE RECORD INCLUDING THE COMPLETE TRANSCRIP
AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUE TO BE RAISED ON APPEAL, (JANUARY) 2. 2002, STATEMENT OF R
SEL), MENDEZ O WAS NOT TAILORED AND ISSUES FOR REVIEW.
AND YOU WOULD ✚ FIND AM THE STATEMENTS GROUNDS AND FACTS.

General Request Form

RING # S.H.U # 18
CELL # BL·3

THIS ARE THE FORMS THAT I NEED IT #
( 42 USC 1983) TEN CIVIL RIGHTS COMPLAINTS
( 28 USC 2254), TEN HABEAS CORPUS PETITIONS
( HUS 200) TEN REQUESTS FOR MEDICAL RECORDS
( TEN NOTICE OF APPEAL FORMS)
( TEN APPLICATIONS IN FORMA PAUPERIS)
( TEN APPLICATIONS WITHOUT PREPAYMENTS OF FEES).

( MAKE NUMBER 2 WAS BEEN RECENT LOSES SEX PICTORS IN 5 SETS OF (2) PAGES)

" THANK YOU "

NAME # IVAN MENDEZ        S.B.L # 453351        DATE # 07/18/07
DATE RECEIVED #_____        DAY TO LOG #_____
DATE SENT #_____        STAFF INITIALS #_____

STAFF NOTES #_____

D.C.C
INMATE REQUEST   FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT   OF PRIOR   SIX MONTHS PERIOD

TO #   MRS. TONYA SMITH
       SUPPORT SERVICES MANAGER
       D.C.C
       SMYRNA DE. 19977

DATE # 07/18/07

FROM # IVAN MENDEZ                                    453351
       INMATE NAME                                   S.B.I #

———— I HEREBY CERTIFY ————

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (a) (2)
EFFECTIVE APRIL 26 1996 I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST
FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE

28 USC 1746 AND   18 USC 1621

I/M IVAN MENDEZ

SBI# 453351    UNIT S.H.U. #18

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT.

844 NORTH KING STREET

LOCKBOX # 18

WILMINGTON, DELAWARE

19801 - 3570

UNITED STATES POSTAGE

$ 00.75⁰

PITNEY BOWES

02 1A

0004608975      JUL 19 2007

MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

15BC018357O CO12