IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN L. MENDEZ, | : |
|     Plaintiff, | : |
|     v. | : Civ. Action No. 07-456-JJF |
| U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT, U.S. ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, U.S. SOLICITOR GENERAL, U.S. SUPREME COURT, U.S. COURT OF FEDERAL CLAIMS, U.S. HUMAN RIGHTS WATCH, ACLU PRISON PROJECT, ALL OF THEM IN WASHINGTON, D.C., and WASHINGTON D.C. | : |
|     Defendants. | : |

**ORDER**

NOW THEREFORE, at Wilmington this 26th day of September, 2007, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Leave To Proceed In Forma Pauperis (D.I. 1) pursuant to 28 U.S.C. § 1915 is **DENIED**.

2. Plaintiff's Complaint is **DISMISSED** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Amendment of the Complaint would be futile. See Alston v. Parker, 363 F.3d 229 (3d Cir. 2004); Grayson v. Mayview State Hosp., 293 F.3d 103, 111 (3d Cir. 2002); Borelli v. City of Reading, 532 F.2d 950, 951-52 (3d Cir. 1976).

                                                            /s/ Joseph J. Farnan Jr.
                                                         UNITED STATES DISTRICT JUDGE